# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

August 25, 2015

Lyle W. Cayce
Clerk

No. 14-60714
Summary Calendar

GUADALUPE LORENZO RAMOS, also known as Lorenzo Ramos,

Petitioner

v.

LORETTA LYNCH, U.S. ATTORNEY GENERAL,

Respondent

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A075 365 877

Before BARKSDALE, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Guadalupe Lorenzo Ramos, a native and citizen of Mexico, seeks review of an order of the Board of Immigration Appeals (BIA), which dismissed his appeal from the immigration judge's (IJ) order denying his 2014 motion to reopen his 2005 removal proceedings. Lorenzo contends he is entitled to equitable tolling of the limitations period that applies to motions to reopen due to his counsel's ineffectiveness. In that regard, he asserts counsel was

---

[*] Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

No. 14-60714

ineffective in failing to properly advise him of the law regarding his application for adjustment of status.

Lorenzo does not challenge the BIA's refusal to consider his equitable-tolling contention because he failed to raise it before the IJ. *See, e.g.*, *Eduard v. Ashcroft*, 379 F.3d 182, 195 & n.14 (5th Cir. 2004) (The BIA need not consider an issue raised for the first time on appeal). Nor does he challenge the BIA's alternative ruling that, even if it did consider that contention, he failed to exercise due diligence. Accordingly, Lorenzo has abandoned his challenge to these issues. *See, e.g.*, *Brinkmann v. Dall. Cnty. Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987) (stating claims not pressed on appeal are deemed abandoned).

DENIED.